UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOSEPH M. WOODS,

    Plaintiff,

vs.

HARTFORD LIFE & ACCIDENT INS. CO., *et al.*,

    Defendants.

Case No. 1:12-cv-437

Judge Timothy S. Black

## AMENDED CALENDAR ORDER

This civil action is before the Court on the parties' joint motion to amend the calendar order. (Doc. 17). The motion is hereby **GRANTED** and the Court enters the following Amended Calendar Order:

| | |
|---|---|
| Cross-motions for judgment on the pleadings: | **April 15, 2013** |
| Memoranda contra: | **May 31, 2013** |
| Reply memoranda: | **June 21, 2013** |

**IT IS SO ORDERED.**

Date: 2/20/2013

*Timothy S. Black*
Timothy S. Black
United States District Judge