IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOSEPH M. WOODS,            Case No.: 1:12-CV-437

       Plaintiff,            Judge Timothy S. Black

vs.

HARTFORD LIFE &
ACCIDENT INSURANCE CO., *et al.*,

       Defendants.

_____

**CONDITIONAL ORDER OF DISMISSAL**
_____

The Court having been advised by counsel that this case has settled;

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 30 days, move to reopen the action if settlement is not consummated.   Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED**.


Dated:  3/20/2013                            _s/ *Timothy S. Black*_____
                                                            Timothy S. Black
                                                             United States District Judge